GREGORY S. CORDREY (Bar No. 190144)
gcordrey@jmbm.com
ROD S. BERMAN (Bar No. 105444)
rberman@jmbm.com
REMI T. SALTER (Bar No. 316327)
rsalter@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:   (310) 203-8080
Facsimile:    (310) 203-0567

Attorneys for Plaintiff Theragun, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAGUN, LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PECHIKO DESIGNS LLC DBA ALYNE, a California corporation,<br><br>　　　　　Defendant. | Case No. 4:19-cv-03846-PJH<br><br>**~~PROPOSED~~ ORDER ON JOINT STIPULATION OF DISMISSAL** |

**PROPOSED ORDER ON JOINT STIPULATION OF DISMISSAL**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal. After full consideration of all the papers and submissions, the Court finds that all claims in the case of Theragun, LLC v. Perchiko Designs LLC dba Alyne, Case No. 4:19-cv-03846-PJH, shall be dismissed with prejudice and without fees or costs to any party.

The Stipulation is GRANTED.

IT IS SO ORDERED.

DATED:  September 24 , 2019

_____
Hon. Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*